QUARLES & BRADY LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Isaac M. Gabriel, Esq. (#021780)
isaac.gabriel@quarles.com
Alissa Brice Castañeda, Esq. (#027949)
alissa.castaneda@quarles.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DUFL, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 2:20-bk-08464-MCW<br><br>**BALLOT REPORT FOR PLAN OF REORGANIZATION FOR DUFL, INC.**<br><br>**Hearing Date:** December 15, 2020<br>**Hearing Time:** 11:00 a.m.<br>**Telephonic:** (877) 402-9753<br>**Access Code:** 7471798 |

      DUFL, Inc., the debtor and debtor in possession (the "**Debtor**") in above-captioned Chapter 11 Subchapter V case, hereby files this Ballot Report pursuant to Local Bankruptcy Rule 3018. This Ballot Report relates to the Debtor's *Plan of Reorganization for DUFL, Inc.* [Dkt. No. 59] (the "**Plan**")[1] filed on October 20, 2020. On November 10, 2020, the Court entered its *Order: 1. Setting Confirmation Hearing in Subchapter V Case; and 2. Fixing Deadlines to (i) Make § 1111(b) Election, (ii) Object to Plan, (iii) Vote on Plan, and (iv) Object to Discharge* [Dkt. No. 62] (the "**Order**"). The Order set a confirmation hearing on the Plan for December 15, 2020, and required the Debtor to file this Ballot Report, which sets forth the results of all timely votes received by the Debtor with respect to the acceptance or rejection of the Plan by creditors and parties-in-interest entitled to vote on the Plan.

---

[1]     Unless otherwise stated, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

## I. CLASS 1: ADMINISTRATIVE CLAIMS

Class 1 consists of all Claims that are Administrative Claims. Administrative Claims are not entitled to vote on the Plan.

## II. CLASS 2: PRIORITY CLAIMS

Class 2 consists of all Claims that are Priority Claims. These Claims are unimpaired under the Plan and are not entitled to vote on the Plan.

## III. CLASS 3: GENERAL UNSECURED CLAIMS

Class 3 consists of all Claims that are General Unsecured Claims. Class 3 Claims are impaired. Accordingly, the holders of Class 3 Claims are entitled vote to either accept or reject the Plan. Only three Class 3 ballots were received. Two claimants voted to accept the Plan and one voted to reject the Plan. The two claimants that voted to accept the Plan did not include claim amounts and therefore the Debtor cannot determine if Class 3 voted to accept the Plan.

## IV. CLASS 4: INTEREST

Class 4 consists of any Interests in the Debtor. The Holders of Class 4 Interest will retain their Interests in the Reorganized Debtor except as set forth in the Plan. Class 4 Interests are unimpaired under the Plan and are not entitled to vote on the Plan.

## V. FINAL RESULTS

Class 3 was the only class entitled to vote on the Plan, but its acceptance of the Plan is not necessary, because the requirements of § 1129(a)(10) do not apply in a Subchapter V. Pursuant to § 1191(b), a plan under Subchapter V does not need to meet the requirements of § 1129(a)(10). Therefore, the Debtor's Plan can be confirmed without the approval of any class of creditors.

## VI. PLAN CONFIRMATION OBJECTIONS

An objection to confirmation of the Plan was filed by the State of Arizona *ex rel.* Arizona Department of Revenue (the "**Objection**"). <u>See</u>, *Objection to Confirmation of Debtor's Plan of Reorganization for DUFL, Inc.* [Dkt. No. 67]. The Debtor anticipates that the Objection will be consensually resolved.

RESPECTFULLY SUBMITTED this 10th day of December, 2020.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ 85004-2391
>
> By /s/ Alissa Brice Castañeda
>     Isaac M. Gabriel
>     Alissa Brice Castañeda
>
> *Attorneys for Debtor*

COPIES of the foregoing sent via e-mail on this 10th day of December, 2020, to:

Edward K. Bernatavicius
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov
ustpregion14.px.ecf@usdoj.gov

Jody Corrales
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
jcorrales@dmyl.com
*Subchapter V Trustee*

John Lee Williams
Porch Peeler Williams Thomason
102 S. Court Square,
Waverly, TN 37185
john.williams@porchpeeler.com

Matthew A. Silverman
Office of the Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
matthew.silverman@azag.gov
*Attorney for the State of Arizona*
*ex rel. Arizona Department of Revenue*

/s/ *Alissa Brice Castaneda*