SO ORDERED.

Dated: April 8, 2021



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DUFL, INC., | Case No. 2:20-bk-08464-MCW |
| Debtor. | **ORDER DISMISSING BANKRUPTCY CASE** |

This matter came before the Court pursuant to (i) the motion of the United States Trustee's Office at the continued confirmation hearing held on February 18, 2021, and (ii) the Minute Entry issued by the Court on that same date [Dkt. No. 76], pursuant to which the court set an order to show cause hearing for April 7, 2021 as to whether the case should be dismissed or converted to Chapter 7 if DUFL, Inc. ("DUFL") was not prepared to move forward with the confirmation of its *Plan of Reorganization for DUFL, Inc.* (the "Plan") filed on October 20, 2020 [Dkt. No. 59].

On April 7, 2021, the Court held a hearing (the "Hearing") on the Plan and the order to show cause. Based upon the arguments and findings stated on the record at the Hearing and the entire record before the Court in the above-captioned bankruptcy case, and good cause appearing,

**IT IS HEREBY ORDERED**:

A. The above-captioned bankruptcy case of DUFL is hereby dismissed.

B. The retainer of $4,963 held by DUFL's counsel, Quarles & Brady, LLP, shall be split pro-rata with the Sub-Chapter V Trustee based on the fees incurred in this bankruptcy case, with Quarles and Brady retaining $4,660.25 and the Subchapter V Trustee

| | |
|---|---|
| 1 | receiving $302.75, each to be applied toward their respective professional fees incurred in |
| 2 | this bankruptcy case. |
| 3 |     C.    William Rinehart, principal of the Debtor, shall pay $2,000.00 to the Sub- |
| 4 | Chapter V Trustee to be applied to the Subchapter V Trustee's professional fees. |
| 5 |     D.    All stays and injunctions previously imposed as a result of the filing of |
| 6 | DUFL's bankruptcy case are immediately terminated and vacated upon the entry of this |
| 7 | Order. |

1 receiving $302.75, each to be applied toward their respective professional fees incurred in
2 this bankruptcy case.
3     C.    William Rinehart, principal of the Debtor, shall pay $2,000.00 to the Sub-
4 Chapter V Trustee to be applied to the Subchapter V Trustee's professional fees.
5     D.    All stays and injunctions previously imposed as a result of the filing of
6 DUFL's bankruptcy case are immediately terminated and vacated upon the entry of this
7 Order.

**DATED AND SIGNED AS INDICATED ABOVE.**

**Approved as to form and content by:**

/s/ Edward K. Bernatavicius
Edward K. Bernatavicius
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003


/s/ Jody Corrales
Jody Corrales
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
*Subchapter V Trustee*